IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
: 
In re: : CIVIL ACTION NO. 11-199 (Lead Case)
: CIVIL ACTION NO. 09-644
W. R. GRACE & CO., *et al.*, : CIVIL ACTION NO. 11-201
: CIVIL ACTION NO. 11-203
Debtors. :
: *Procedurally Consolidated*
------------------------------------------- :
:
BANK LENDER GROUP, :
:
Appellant :
:
v. :
:
:
:
W.R. GRACE & CO., *et. al.*, :
:
Appellees. :
------------------------------------------------- x

NOTICE OF APPEAL TO UNITED STATES COURT OF
APPEALS FOR THE THIRD CIRCUIT

PLEASE TAKE NOTICE that certain lenders under the Prepetition Bank Credit Facilities[1] (the Bank Lender Group"),[2] by their undersigned counsel, hereby appeal to

---

[1] The Prepetition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements").

[2] The Bank Lender Group includes (i) Archer Capital Management, L.P.; (ii) Babson Capital Management, Inc.; (iii) Bank of America, N.A.; (iv) Barclays Bank PLC; (v) BBT Fund, L.P.; (vi) BBT Master Fund, L.P.; (vii) Caspian Capital Advisors, LLC; (viii) Halcyon Master Fund L.P.; (xix) Intermarket Corp.; (x) JP Morgan Chase, N.A. Credit Trading Group; (xi) Loeb Partners Corporation; (xii) Macquarie Bank Limited; (xiii) Massachusetts Mutual Life Insurance Company; (xiv) MSD Credit Opportunity Master Fund, L.P.; (xv) Normandy Hill Capital, L.P.; (xvi) Onex Debt Opportunity Fund Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Royal Bank of Scotland, PLC; (xix) Solus Alternative Asset Management LP; (xx) Taconic Capital Advisors L.P.; (xxi) Visium Asset Management, L.P.; and (xxii) Waterstone Capital Management L.P., together with certain funds affiliated with or managed by such entities.

{672.001-W0019585.}

the United States Court of Appeals for the Third Circuit from the following memorandum opinion and final order of the United States District Court for the District of Delaware dated January 30, 2012 and entered in the above-captioned cases on January 31, 2012:

| Docket Number | Title |
| --- | --- |
| 165 [3] | Memorandum Opinion |
| 166 [4] | Order |

The names of all parties to the opinion and order being appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Appellants:**

**1. The Bank Lender Group**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)
Attn: Moses Silverman
  Stephen J. Shimshak
  Andrew N. Rosenberg

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)
Attn: Richard S. Cobb
  James S. Green, Jr.

---

[3]  This document appears in Civil Action No. 09-644 as docket number 6, in Civil Action No. 11-201 as docket number 4, and in Civil Action No. 11-203 as docket number 4.

[4]  This document appears in Civil Action No. 09-644 as docket number 7, in Civil Action No. 11-201 as docket number 5, and in Civil Action No. 11-203 as docket number 5.

{672.001-W0019585.}   2

**Attorneys for Appellees:**

**2. W.R. Grace, et al., Debtors**

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000 (tel)
(312) 862-2200 (fax)
Attn: John Donley
 Adam Paul

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800 (tel)
(212) 446-4900 (fax)
Attn: Deanna D. Boll

Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-4277
(312) 836-4022 (tel)
(312) 577-0737 (fax)
Attn: Janet S. Baer

Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100 (tel)
(302) 652-4400 (fax)
Attn: Kathleen P. Makowski
 James E. O'Neill
 Timothy P. Cairns

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
(410) 531-4000 (tel)
(410) 531-4367 (fax)
Attn: Richard C. Finke

**3. Official Committee of Equity Holders**

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (tel)
(212) 715-8000 (fax)
Attn: Philip Bentley
 Douglas H. Mannal
 Greg Horowitz
 David E. Blabey, Jr.

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800 (tel)
(302) 421-6913 (fax)
Attn: Teresa K.D. Currier

**4. Official Committee of Asbestos Personal Injury Claimants**

Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, Delaware 19801
(302) 426-1900 (tel)
(302) 426-9947 (fax)
Attn: Marla Eskin
 Mark Hurford

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(212) 319-7125 (tel)
(212) 644-6755 (fax)
Attn: Elihu Inselbuch
 Rita Tobin

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000 (tel)
(202) 429-3301 (fax)
Attn: Peter Van N. Lockwood
Jeffrey A. Liesemer
Kevin Maclay

**5. Asbestos PI Future Claimants' Representative (David Austern)**

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400 (tel)
(202) 339-8500 (fax)
Attn: Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder

Phillips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4299 (tel)
(302) 655-4210 (fax)
Attn: John C. Phillips, Jr.

**Attorneys for Other Parties:**

**1. Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (tel)
(212) 806-6006 (fax)
Attn: Lewis Kruger
Kenneth Pasquale
Arlene G. Krieger

Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
(302) 657-4942 (tel)
(302) 657-4901 (fax)
Attn: Michael R. Lastowski
Richard W. Riley

Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3889
(973) 424-2000 (tel)
(973) 424-2001 (fax)
Attn: William S. Katchen

**2. United States Trustee**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
(302) 573-6491 (tel)
(302) 573-6497 (fax)
Attn: David Klauder

**3. Garlock Sealing Technologies LLC**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6888
Fax: (302) 571-1750
Attn: Brett D. Fallon

**4. Her Majesty the Queen in Right of Canada; State of Montana**
Womble Carlyle Sandridge Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
302.252.4338
Fax: 302.661.7711
Attn: Matthew Paul Ward

**5. Post-Petition DIP Lenders**
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4224
Attn: Neil Glassman

**6. AXA Belgium *as Successor to Royale Belge SA***
Reilly Janiczek & McDevitt PC
1013 Centre Road, Suite 210
Wilmington, DE 19805
(302) 777-1700
Attn: R. Stokes Nolte

**7. Continental Casualty Company; Continental Insurance Company**
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
(302) 656-4433
Attn: Edward B. Rosenthal

**8. Federal Insurance Company**
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2035
Attn: Barry M. Klayman

**9. Fireman's Fund Insurance Company**
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180
Attn: John D. Demmy

**10. Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company**
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
(302) 426-1189
Attn: Michael William Yurkewicz

**11. Government Employees Insurance Company; Republic Insurance Company** *also known as* **Star Indemnity & Liability Company; OneBeacon America Insurance Company; Seaton Insurance Company**
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
302-467-4200
Attn: Joseph N. Argentina, Jr.
Warren Thomas Pratt

**12. Maryland Casualty Company; Zurich Insurance Company; Zurich International (Bermuda) Ltd.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6258
Fax: (302) 658-0380
Attn: Jeffrey C. Wisler
Marc J. Phillips

**13. National Union Fire Insurance Company of Pittsburgh, PA**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Attn: Ricardo Palacio

{672.001-W0019585.}    6

**14. Tig Insurance Company; United States Fire Insurance Company**
Bifferato Gentilotti LLC
100 Biddle Avenue, Suite 100
Springside Plaza
Newark, DE 19702
(302) 429-1900
Attn:   Garvan F. McDaniel

**15. Travelers Casualty and Surety Company**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attn:   Robert J. Dehney
        Ann C. Cordo

**16. Morgan Stanley Senior Funding, Inc.**
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-468-5640
Fax: 302-778-7913
Attn:   Stuart M. Brown
        Robert Craig Martin

**17. Anderson Memorial Hospital; City of Vancouver; School District 68 Nanaimo-Ladysmith**
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 654-0248
Attn:   Christopher D. Loizides

**18. BNSF Railway Company; Longacre Master Fund Ltd.; Longacre Capital Partners (QP) LP**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6530
Fax: (302) 421-8390
Attn:   James C. Carignan
        Evelyn Judith Meltzer
        John H. Schanne , II

19. **Aaron C. Edwards; James T. Beam; Edward E. Store; John M. Thomas; Sheila Martin; Kaneb Pipe Line Operating Partnership, LP; Support Terminal Services Inc.**
Smith, Katzenstein, & Jenkins LLP
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attn: Kathleen M. Miller

20. **Libby Claimants** *as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP*
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400
Attn: Adam G. Landis
Kerri King Mumford
AND
Daniel C. Cohn – PRO HAC VICE Email: dcohn@murthalaw.com

21. **State of Montana**
Womble Carlyle Sandridge Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
(302) 252-4340
Attn: Francis A. Monaco, Jr.
Kevin J. Mangan


Dated: Wilmington, Delaware
February 14, 2012

LANDIS RATH & COBB LLP

*/s/ signature/*

Richard Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Moses Silverman
Stephen J. Shimshak
Andrew N. Rosenberg
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)

*Attorneys for The Bank Lender Group*